IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RAYMOND P. ROSE,

    PLAINTIFF,

v.

JAMES McGRADY, et al.,

    DEFENDANTS.

No. 3:11-CV-253

(JUDGE CAPUTO)

(MAGISTRATE JUDGE MANNION)

## ORDER

**NOW** this 12th day of January, 2012, upon review of the report and recommendation of Magistrate Judge Malachy E. Mannion (Doc. No. 13) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The report and recommendation (Doc. No. 13) is **ADOPTED.**

(2) The action is **DISMISSED**.

(3) This clerk of court is directed to mark this case **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge