IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND P. ROSE, | |
| PLAINTIFF, | No. 3:11-CV-253 |
| v. | (JUDGE CAPUTO) |
| JAMES McGRADY, et al., | (MAGISTRATE JUDGE MANNION) |
| DEFENDANTS. | |

## ORDER

NOW this 12th day of January, 2012, upon review of the report and recommendation of Magistrate Judge Malachy E. Mannion (Doc. No. 13) for plain error or manifest injustice,

**IT IS HEREBY ORDERED** that:

(1) The report and recommendation (Doc. No. 13) is **ADOPTED.**

(2) The action is **DISMISSED**.

(3) This clerk of court is directed to mark this case **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge